ACCEPTED
03-13-00817-CV
5212171
THIRD COURT OF APPEALS
AUSTIN, TEXAS
5/8/2015 1:35:52 PM
JEFFREY D. KYLE
CLERK

No. 03-13-00817-CV

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
5/8/2015 1:35:52 PM
JEFFREY D. KYLE
Clerk

IN THE COURT OF APPEALS
THIRD DISTRICT OF TEXAS, AUSTIN

SETON FAMILY OF HOSPITALS D/B/A SETON MEDICAL CENTER,

Appellant,

v.

BEVERLY J. HAYWOOD,

Appellee.

## MOTION FOR LEAVE TO FILE SUPPLEMENTAL LETTER BRIEF

ROBERT C. ALDEN
State Bar No. 00979680
BYRD DAVIS FURMAN & ALDEN, LLP
707 W. 34th Street
Austin, Texas 78701
(512) 454-3751
(512) 451-5857 (Facsimile)

Attorneys for Appellee

# IDENTITY OF PARTIES AND COUNSEL

Pursuant to TEX. R. APP. 38.1(a), Appellee certifies that the following is a complete list of all parties to this litigation and the names and addresses of all counsel.

| Party | Appellate Counsel | Trial Counsel |
|---|---|---|
| Seton Family of Hospitals d/b/a Seton Medical Center | Emily J. Davenport<br>REED, CLAYMON, MEEKER & HARGETT, P.C.<br>5608 Parkcrest Drive<br>Suite 200<br>Austin, TX 78731<br>edavenport@rcmhlaw.com<br><br><br>Ken Slavin<br>KEMP SMITH LLP<br>221 N. Kansas<br>Suite 1700<br>El Paso, Texas 79901<br>KSlavin@kempsmith.com | Emily J. Davenport<br>REED, CLAYMON, MEEKER & HARGETT, P.C.<br>5608 Parkcrest Drive<br>Suite 200<br>Austin, TX 78731<br>edavenport@rcmhlaw.com<br><br>Richard Bonner<br>KEMP SMITH LLP<br>221 N. Kansas<br>Suite 1700<br>El Paso, Texas 79901<br>rbonner@kempsmith.com |
| Beverly J. Haywood | Robert C. Alden<br>BYRD DAVIS FURMAN & ALDEN, LLP<br>505 West 34th Street<br>Austin, Texas 78705<br>ralden@byrddavis.com | Robert C. Alden<br>BYRD DAVIS FURMAN & ALDEN, LLP<br>505 West 34th Street<br>Austin, Texas 78705<br>ralden@byrddavis.com |

TO THE HONORABLE COURT OF APPEALS:

Pursuant to Texas Rule of Appellate Procedure 38.7, Appellee respectfully requests that the Court grant her leave to file a supplemental letter brief regarding the Texas Supreme Court's opinion issued on May 1, 2015 in <u>Ross v. St. Luke's Hospital</u>, No. 13-0439 (Tex. May 1, 2015), reversing the Fourteenth Court of Appeals decision in <u>Ross v. St. Luke's Episcopal Hospital</u>, 2013 Tex. App. LEXIS 2796 (Tex. App.—Houston [14th Dist.] March 19, 2013).   Rule 38.7 provides that a brief may be "supplemented whenever justice requires, on whatever reasonable terms the court may prescribe."    Appellant relied heavily on the Fourteenth Court of Appeals' decision in <u>Ross</u> its Brief on Appeal, and this Court of Appeals asked numerous questions about this case at oral argument.

## PRAYER

Haywood prays that the Court grant this Motion and allow her to file a supplemental letter brief.

Respectfully submitted,

/s/ Robert C. Alden
Robert C. Alden
State Bar No. 00979680
BYRD DAVIS FURMAN & ALDEN, LLP
707 W. 34th Street
Austin, Texas  78701
(512) 454-3751
(512) 451-5857 (Facsimile)
ralden@byrddavis.com

2

**Attorneys for Appellee**

## CERTIFICATE OF CONFERENCE

In accordance with T.R.A.P. 10.1(a)(5) Appellee has conferred with Appellant's attorney of record, Ken Slavin, and he has no objection to Appellee filing a letter brief pursuant to Tex.R.App.Pro. 38.7.

/s/ Robert C. Alden
Robert C. Alden

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing brief has been compiled using a computer program in Word with 14-point font conventional typeface for the body of the brief. Excluding the portions of the brief exempted pursuant to Rule 9.4 of the Texas Rules of Appellate Procedure, this brief contains 5,365 words.

/s/ Robert C. Alden
Robert C. Alden

# CERTIFICATE OF SERVICE

Pursuant to Rule 9.5 of the Texas Rules of Appellate Procedure, I hereby certify that a true and correct copy of the foregoing instrument has been sent via e-mail and certified mail, return receipt requested, to the following counsel of record on May 8, 2015:

Emily J. Davenport
REED, CLAYMON, MEEKER & HARGETT, P.C.
5608 Parkcrest Drive, Suite 200
Austin, TX  78731
edavenport@rcmhlaw.com


Ken Slavin
KEMP SMITH LLP
221 N. Kansas
Suite 1700
El Paso, Texas 79901
KSlavin@kempsmith.com


/s/ Robert C. Alden
Robert C. Alden